UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

www.cand.uscourts.gov

Mark B. Busby
Acting Clerk of Court

General Court Number
415-522-2000

May 16, 2022

*I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.*
*ATTEST:*
*MARK B. BUSBY*
*Clerk, U.S. District Court*
*Northern District of California*

by: Hilary Jackson
Deputy Clerk
Date: 5/16/22

Alameda County Superior Court
1225 Fallon Street
Oakland, CA 94612

RE: M. H. v. Montessori School at Washington Avenue, Inc., et al.
    21-cv-04558-WHO

ENDORSED
FILED
ALAMEDA COUNTY
MAY 20 2022
CLERK OF THE SUPERIOR COURT
By Lanette Buffin, Deputy

Your Case Number: RG21098536

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

☒ Certified original and one copy of this letter

☒ Certified copy of docket entries

☒ Certified copy of Remand Order

☐ Other

Please send an acknowledgement of receipt of these documents to hilary_jackson@cand.uscourts.gov.

Sincerely,

Mark B. Busby, Clerk of Court

by: Hilary Jackson
Case Systems Administrator
522-4261

*REV. 10/21*

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL PERMIT NO. 12615 WASHINGTON DC

POSTAGE WILL BE PAID BY ADMN OFFICE OF THE US COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE STE 36060
SAN FRANCISCO CA 94102-9680

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RECEIVED

MAY 27 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA